**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 384 MAL 2023

            Respondent              :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

            v.                          :
                                :

LAMONT A. ZAMICHIELI,              :

            Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 9th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.

     Justice McCaffery did not participate in the consideration or decision of this matter.